**DISMISS; and Opinion Filed February 10, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00521-CV

**JEFFREY AGULEFO, Appellant**
**V.**
**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 92509-86**

## MEMORANDUM OPINION

Before Justices Evans, Stoddart, and Boatright
Opinion by Justice Boatright

Before the Court is appellant's February 6, 2017 "Notice of Voluntary Dismissal."

Appellant no longer wants to pursue this appeal and requests this Court to dismiss the appeal.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jason E. Boatright/
JASON E. BOATRIGHT
JUSTICE

160521F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JEFFREY AGULEFO, Appellant

No. 05-16-00521-CV          V.

BANK OF AMERICA, N.A., Appellee

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 92509-86.
Opinion delivered by Justice Boatright,
Justices Evans and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellee Bank of America, N.A. recover its costs of this appeal from appellant Jeffrey Agulefo.

Judgment entered this 10th day of February, 2017.